UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION,

Plaintiff,

-against-

ISRAEL RUBINSTEIN, OFER RUBINSTEIN, DORIS SULZER, ANDREW J. MARCHESE, CARMEN MARCHESE, EMA AVEZOVA, ROMAN ABRAMOV, ANN FORGIONE, RICHARD FORGIONE, HANNA GOSKI, GEORGE J. GRASSO, MARGIE A. GRASSO, JOSEPH A. FERRARA, JO-ANN FERRARA, NELLY ILYASOV, RUTH M. CUADROS, SANDRA L. WEBER ANTHONY L. ZIELENSKI, KATHLEEN J. ZIELENSKI, MOLLIE COLASURDO, ALEXANDRA BINYAMIN, NERIK FATTAHOV, MALGORZATA JEMIELITY, ROMAN JEMIELITY, ERIKA ROSSI, MARK NEMETH, MARY ANN MOREA, MICHAEL D. MOREA, YAKOV KAYUMOV, NELYA BABAISAKOVA, HARRY MILES RUUD, MARY ANN AHEARNE, IRENE DENIS, KATARZYNA ROGAN, SVETLANA MULLOKANDOVA, YULIYA MASTUROV, KONSTANTIN YEVINSON, PATRICIA SWINEY, DORIS SWINEY, PETER FAKHLAYEV, CATHERINE DONOVAN, COLLEEN DONOVAN, IRVING GORDON, PAMELA CHADROFF, LUCILLE OFF, ASHIROVE STANISLAV, CHARLES BONO, PATRICIA BONO, JOYCE B. MCDONOUGH, BRIAN MCDONOUGH, JAVIER J. ZAPATA, MICHAEL YUSPOV, ALEKSANDER PINKHASOV, JADWIGA WYSZETYCKA, MAREK KIYASHKA, YASAYEV YURIY, IGOR BORUKHOV, RACHMIN ABDURACHMANN, ALLA ABDURACHMANNA, VINCENT A. NIZZA, DEBRA A. NIZZA, ANNE BADALAMENTI, ANNEMARIE BADALAMENTI, PLAZA TORAH CENTER CONGREGATION & YESHIVA BAIS YECHESKEL, YVONNE ANGELASTRO, GERARD ANGELASTRO, CHARLENE WEISS, JAE JUL HONG, MYUNG HEE HONG, TOM ARDELJAN, URSULA ROSENHAMMER, RICHARD ROSENHAMMER, HAR-KAY REALTY CORP., ROMAN KATANOV, MEYER YUSUPOV,

Case Number: 17-cv-00723

**COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF**

ZINAIDA YUSUPOV, KAREKIN KOPARANIAN,
HILDA KOPARANIAN, FRANCES DIPOMPO, PIKA
MULTANI, MILAGROS AMENDOLARE, JOSEPH
AMENDOLARE, DOMINICK NAPOLITANO, CELINA
NAPOLITANO, WEI ZHAO, STANLEY J. DIGLIO,
DIANNE CALABRESE, PAANAV J. VAKIL,
BHAVI VAKIL, SUSAN ACQYASONTA, CARLO
ACQUASONTA, PATRICK SIELIGOWSKI, JOSEPHINE
SIELIGOWSKI, BARBARA JERABEK, JAMES M.
JERABEK, MARY WALDRON, JOHN WALDRON,
JAMES MAKIN, DEBORAH A. MAKIN, RACHEL
WIEDERKEHR, SHARON SHTERN, LYDIA KRAMER,
KENNETH KRAMER, JOSE L. SOTO, BIANCA MIHAI,
TERESA PSZENICZNY, PETER COMER, HERMAN R.
BERKOWITZ, MARY HELEN PETRERE, MARY
ELIZABETH MURPHY, FREDERICK A. SUZEL, JR.,
FRANCES PASSANTINO, MATTHEW GANIARIS,
JAMES LOMBARDO, JOHN ELENTERIO, HOK MING
LEE, CHUI PING LEE, MARY T. DRISCOLL, AUDRA
DRISCOLL, ALEXANDER COHEN, JOHN M.
JORGENSEN, EDWARD HOVNANIAN, GRETA
HOVNANIAN, KAMAL M. DARWISH, ANGELO
SOLLECITO, SELENA ZHANG, MADELYN PFISTER,
JULIA HELLEN DIB, CARMEN GALINDO-MOLINA,
RUBEN MOLINA, LUCIANA LEVI,
LYUBOV YAMPOLSKY and ILYA KESSELMAN,

Defendants.

---------------------------------------------------------------X

Plaintiff, Maspeth Federal Savings and Loan Association ("Maspeth" or "Plaintiff"), filing this complaint by and through its counsel, Mark L. Cortegiano, Esq., seeking interpleader and declaratory relief under 28 U.S.C. §1335, as to all Defendants, respectfully alleges upon information and belief as follows:

**<u>The Parties & Summary of This Action</u>**

1. As is more fully alleged below, Plaintiff seeks to avail itself of this Court's authority and jurisdiction to distribute certain currency recovered by plaintiff after the events described herein.

2. Plaintiff is a federally chartered savings and loan association headquartered in Maspeth, New York that maintains branches in Queens and Nassau counties, State of New York, including a branch located at 64-19 Woodhaven Boulevard, Rego Park, New York 11374 (the "Rego Park Branch").

3. Defendants are individuals and/or entities who rented safe deposit boxes at Plaintiff's Rego Park Branch.

4. Defendant Israel Rubinstein is an individual citizen of New York and a resident of the County of Queens, State of New York.

5. Defendant Ofer Rubinstein is an individual citizen of New York and a resident of the County of Queens, State of New York.

6. Defendant Doris Sulzer is an individual citizen of New York and a resident of the County of Queens, State of New York.

7. Defendant Andrew J. Marchese is an individual citizen of New York and a resident of the County of Queens, State of New York.

8. Defendant Carmen Marchese is an individual citizen of New York and a resident of the County of Queens, State of New York.

9. Defendant Eva Avezova is an individual citizen of New York and a resident of the County of Queens, State of New York.

10. Defendant Roman Abramov is an individual citizen of New York and a resident of the County of Queens, State of New York.

11. Defendant Ann Forgione is an individual citizen of New York and a resident of the County of Queens, State of New York.

12. Defendant Richard Forgione is an individual citizen of New York and a resident of the County of Queens, State of New York.

13. Defendant Hanna Goski is an individual citizen of New York and a resident of the County of Queens, State of New York.

14. Defendant Geroge J. Grasso is an individual citizen of New York and a resident of the County of Queens, State of New York.

15. Defendant Joseph A. Ferrara is an individual citizen of New York and a resident of the County of Queens, State of New York.

16. Defendant Jo-Ann Ferrara is an individual citizen of New York and a resident of the County of Queens, State of New York.

17. Defendant Nelly Ilyasov is an individual citizen of New York and resident of the County of Queens, State of New York.

18. Defendant Ruth M. Cuadros is an individual citizen of New York and a resident of the County of Queens, State of New York.

19. Defendant Sandra L. Weber is an individual citizen of New York and a resident of the County of Queens, State of New York.

20. Defendant Anthony L. Zielenski is an individual citizen of New York and a resident of the County of Queens, State of New York.

21. Defendant Kathleen J. Zielinski is an individual citizen of New York and a resident of the County of Queens, State of New York.

22. Defendant Mollie Colasurdo is an individual citizen of New York and a resident of the County of Queens, State of New York.

23. Defendant Alexandra Binyamin is an individual citizen of New York and a resident of the County of Queens, State of New York.

24. Defendant Nerik Fattahov is an individual citizen of New York and a resident of the County of Queens, State of New York.

25. Defendant Malgorzata Jemielity is an individual citizen of New York and a resident of the County of Queens, State of New York.

26. Defendant Roman Jemielity is an individual citizen of New York and a resident of the County of Queens, State of New York.

27. Defendant Erika Rossi is an individual citizen of New York and a resident of the County of Queens, State of New York.

28. Defendant Mark Nemeth is an individual citizen of New York and a resident of the County of Queens, State of New York.

29. Defendant Mary Ann Morea is an individual citizen of New York and a resident of the County of Queens, State of New York.

30. Defendant Michael D. Morea is an individual citizen of New York and a resident of the County of Queens, State of New York.

31. Defendant Yakov Kayumov is an individual citizen of New York and a resident of the County of Queens, State of New York.

32. Defendant Nelya Babaisakova is an individual citizen of New York and a resident of the County of Queens, State of New York.

33. Defendant Harry Miles Ruud is an individual citizen of New York and a resident of the County of Queens, State of New York.

34. Defendant Mary Ann Ahearne is an individual citizen of New York and a resident of the County of Queens, State of New York.

35. Defendant Irene Denis is an individual citizen of New York and a resident of the County of Queens, State of New York.

36. Defendant Katarzyna Rogan is an individual citizen of New York and a resident of the County of Queens, State of New York.

37. Defendant Svetlana Mullokandova is an individual citizen of New York and resident of the County of Queens, State of New York.

38. Defendant Yuliya Masturova is an individual citizen of New York and resident of the County of Queens, State of New York.

39. Defendant Konstantin Yevinzon is an individual citizen of New York and a resident of the County of Queens, State of New York.

40. Defendant Patricia Swiney is an individual citizen of New York and a resident of the County of Queens, State of New York.

41. Defendant Doris Swiney is an individual citizen of New York and a resident of the County of Queens, State of New York.

42. Defendant Peter Fakhlayev is an individual citizen of New York and a resident of the County of Queens, State of New York.

43. Defendant Catherine Donovan is an individual citizen of Florida and a resident of the County of Collier, State of Florida.

44. Defendant Colleen Donovan is an individual citizen of Florida and a resident of the County of Collier, State of Florida.

45. Defendant Irving Gordon is an individual citizen of Florida and a resident of the County of Palm Beach, State of Florida.

46. Defendant Pamela Chadroff is an individual citizen of Florida and a resident of the County of Palm Beach, State of Florida.

47. Defendant Lucille Off is an individual citizen of New York and a resident of the County of Queens, State of New York.

48. Defendant Ashirov Stanislav is an individual citizen of New York and a resident of the County of Queens, State of New York.

49. Defendant Charles Bono is an individual citizen of New York and a resident of the County of Queens, State of New York.

50. Defendant Patricia Bono is an individual citizen of New York and a resident of the County of Queens, State of New York.

51. Defendant Joyce B. McDonough is an individual citizen of New York and a resident of the County of Queens, State of New York.

52. Defendant Brian McDonough is an individual citizen of New York and a resident of the County of Queens, State of New York.

53. Defendant Javier J. Zapata is an individual citizen of New York and a resident of the County of Queens, State of New York.

54. Defendant Michael Yusopov is an individual citizen of New York and a resident of the County of Queens, State of New York.

55. Defendant Aleksandr Pinkhasov is an individual citizen of New York and a resident of the County of Queens, State of New York.

56. Defendant Jadwiga Wyszetycka is an individual citizen of New York and a resident of the County of Queens, State of New York.

57. Defendant Marek Kiyashka is an individual citizen of New York and a resident of the County of Queens, State of New York.

58. Defendant Yasayev Yuriy is an individual citizen of New York and a resident of the County of Queens, State of New York.

59. Defendant Mariya Pinkhasova is an individual citizen of New York and a resident of the County of Queens, State of New York.

60. Defendant Igor Borukhov is an individual citizen of New York and resident of the County of Queens, State of New York.

61. Defendant Rachmin Abdurachmann is an individual citizen of New York and resident of the County of Queens, State of New York.

62. Defendant Alla Abdurachmanna is an individual citizen of New York and resident of the County of Queens, State of New York.

63. Defendant Vincent A. Nizza is an individual citizen of New York and resident of the County of Queens, State of New York.

64. Defendant Debra A. Nizza is an individual citizen of New York and resident of the County of Queens, State of New York.

65. Defendant Anne Badalamenti is an individual citizen of New York and resident of the County of Queens, State of New York.

66. Defendant Anne Marie Badalamenti is an individual citizen of New York and resident of the County of Queens, State of New York.

67. Defendant Plaza Torah Center & Congregation Yeshiva Bais Yecheskel is a religious organization operating out of the County of Queens, State of New York.

68. Defendant Yvonne Angelatstro is an individual citizen of New York and resident of the County of Queens, State of New York.

69. Defendant Gerard Angelastro is an individual citizen of New York and resident of the County of Queens, State of New York.

70. Defendant Charlene Weiss is an individual citizen of New York and resident of the County of Queens, State of New York.

71. Defendant Jae Jul Hong is an individual citizen of New York and resident of the County of Queens, State of New York.

72. Defendant Myung Hee Hong is an individual citizen of New York and resident of the County of Queens, State of New York.

73. Defendant Tom Ardeljan is an individual citizen of New York and resident of the County of Queens, State of New York.

74. Defendant Ursula Rosenhammer is an individual citizen of New York and resident of the County of Queens, State of New York.

75. Defendant Richard Rosenhammer is an individual citizen of New York and resident of the County of Queens, State of New York.

76. Defendant Har-Kay Realty Corp is a corporation duly formed under the laws of New York State with its principal place of business in the County of Queens, State of New York.

77. Defendant Roman Katanov is an individual citizen of New York and resident of the County of Queens, State of New York.

78. Defendant Meyer Yusupov is an individual citizen of New York and resident of the County of Queens, State of New York.

79. Defendant Zinaida Yusupov is an individual citizen of New York and resident of the County of Queens, State of New York.

80. Defendant Karekin Koparanian is an individual citizen of New York and resident of the County of Queens, State of New York.

81. Defendant Hilda Koparanian is an individual citizen of New York and resident of the County of Queens, State of New York.

82. Defendant Frances DiPompo is an individual citizen of New York and resident of the County of Queens, State of New York.

83. Defendant Pika Multani is an individual citizen of New York and resident of the County of Queens, State of New York.

84. Defendant Milagros Amendolare is an individual citizen of New York and resident of the County of Queens, State of New York.

85. Defendant Joseph Amendolare is an individual citizen of New York and resident of the County of Queens, State of New York.

86. Defendant Dominick Napolitano is an individual citizen of New York and resident of the County of Queens, State of New York.

87. Defendant Celina Napolitano is an individual citizen of New York and resident of the County of Queens, State of New York.

88. Defendant Wei Zhao is an individual citizen of New York and resident of the County of Queens, State of New York.

89. Defendant Stanley J. Diglio is an individual citizen of New York and resident of the County of Queens, State of New York.

90. Defendant Dianne Calabrese is an individual citizen of New York and resident of the County of Queens, State of New York.

91. Defendant Pranav J. Vakil is an individual citizen of New York and resident of the County of Queens, State of New York.

92. Defendant Bhavi Vakil is an individual citizen of New York and resident of the County of Queens, State of New York.

93. Defendant Susan Acquasonta is an individual citizen of New York and resident of the County of Queens, State of New York.

94. Defendant Carlo Acquasonta is an individual citizen of New York and resident of the County of Queens, State of New York.

95. Defendant Patrick Sieligowski is an individual citizen of New York and resident of the County of Queens, State of New York.

96. Defendant Josephine Sieligowski is an individual citizen of New York and resident of the County of Queens, State of New York.

97. Defendant Patricia Swiney is an individual citizen of New York and resident of the County of Richmond, State of New York.

98. Defendant Doris Swiney is an individual citizen of New York and resident of the County of Richmond, State of New York.

99. Defendant Barbara Jerabek is an individual citizen of New York and resident of the County of Queens, State of New York.

100. Defendant James M. Jerabek is an individual citizen of New York and resident of the County of Queens, State of New York.

101. Defendant Mary Waldron is an individual citizen of New York and resident of the County of Queens, State of New York.

102. Defendant John Waldron is an individual citizen of New York and resident of the County of Queens, State of New York.

103. Defendant James Makin is an individual citizen of New York and resident of the County of Queens, State of New York.

104. Defendant Deborah A. Makin is an individual citizen of New York and resident of the County of Queens, State of New York.

105. Defendant Richard Wiederkehr is an individual citizen of New York and resident of the County of Queens, State of New York.

106. Defendant Sharon Shtern is an individual citizen of New York and resident of the County of Queens, State of New York.

107. Defendant Lydia Kramer is an individual citizen of New York and resident of the County of Queens, State of New York.

108. Defendant Kenneth Kramer is an individual citizen of New York and resident of the County of Queens, State of New York.

109. Defendant Joe L. Soto is an individual citizen of New York and resident of the County of Queens, State of New York.

110. Defendant Bianca Mihai is an individual citizen of New York and resident of the County of Queens, State of New York.

111. Defendant Teresa Pszeniczny is an individual citizen of New York and resident of the County of Queens, State of New York.

112. Defendant Peter Comer is an individual citizen of New York and resident of the County of Queens, State of New York.

113. Defendant Herman R. Berkowitz is an individual citizen of New York and resident of the County of Queens, State of New York.

114. Defendant Mary Helen Petrere is an individual citizen of New York and resident of the County of Queens, State of New York.

115. Defendant Mary Elizabeth Murphy is an individual citizen of New York and resident of the County of Queens, State of New York.

116. Defendant Frederick A. Suzel, Jr. is an individual citizen of New York and resident of the County of Queens, State of New York.

117. Defendant Frances Passantino is an individual citizen of New York and resident of the County of Queens, State of New York.

118. Defendant Matthew Ganiaris is an individual citizen of New York and resident of the County of Queens, State of New York.

119. Defendant James Lombardo is an individual citizen of New York and resident of the County of Kings, State of New York.

120. Defendant John Elenterio is an individual citizen of New York and resident of the County of Queens, State of New York.

121. Defendant Hok Ming Lee is an individual citizen of New York and resident of the County of Queens, State of New York.

122. Defendant Chui Ping Lee is an individual citizen of New York and resident of the County of Queens, State of New York.

123. Defendant Mary T. Driscoll is an individual citizen of New York and resident of the County of Queens, State of New York.

124. Defendant Audra Driscoll is an individual citizen of New York and resident of the County of Queens, State of New York.

125. Defendant Alexander Cohen is an individual citizen of New York and resident of the County of Queens, State of New York.

126. Defendant John M. Jorgensen is an individual citizen of New York and resident of the County of Queens, State of New York.

127. Defendant Edward Hovnanian is an individual citizen of New York and resident of the County of Queens, State of New York.

128. Defendant Greta Hovnanian is an individual citizen of New York and resident of the County of Queens, State of New York.

129. Defendant Kamal M. Darwish is an individual citizen of New York and resident of the County of Queens, State of New York.

130. Defendant Selena Zhang is an individual citizen of New York and a resident of the County of Queens, State of New York.

131. Defendant Angelo Sollecito is an individual citizen of New York and a resident of the County of Suffolk, State of New York.

132. Defendant Madelyn Pfister is an individual citizen of New York and a resident of the County of Queens, State of New York.

133. Defendant Giuseppa Conti is an individual citizen of New York and a resident of the County of Queens, State of New York.

134. Defendant Julia Hellen Dib is an individual citizen of New York and a resident of the County of Queens, State of New York.

135. Defendant Carmen Galinda-Molina is an individual citizen of New York and a resident of the County of Queens, State of New York.

136. Defendant Ruben Molina is an individual citizen of New York and a resident of the County of Queens, State of New York.

137. Defendant Luciana Levi is an individual citizen of New York and resident of the County of Queens, State of New York.

138. Defendant Lyubov Yampolsky is an individual citizen of New York and resident of the County of Queens, State of New York.

139. Defendant Ilya Kesselman is an individual citizen of New York and resident of the County of Queens, State of New York.

## Jurisdiction and Venue

140. This court has jurisdiction over this case pursuant to 28 U.S.C § 1335 because there is diversity of citizenship between the defendants in the action and the amount in controversy exceeds the sum of $500, exclusive of interest and costs.

141. Venue is proper in the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. §1397 because a number of the defendants in this action are residents of this district.

## Statement of Interpleader Action

142. Upon information and belief, on or about May 21, 2016, Plaintiff's Rego Park Branch was burglarized by a group of individuals who forcibly broke into the bank through the roof

and illegally accessed the bank's vault which contained safe deposit boxes rented by the Defendants (the "Break- In").

143. Upon information and belief, during the Break-In, the burglars stole and fled with millions of dollars' worth of valuables and items of personal property from the safe deposit boxes.

144. Immediately after it learned of the Break-In and inspected the vault, Maspeth found safe deposit boxes inside the vault which had been broken or tampered with during the Break-In. The broken safe deposit boxes which were found contained United States currency inside them, however, there were no identifiable numbers on the boxes because the numbers had been tampered with and/or damaged during the Break-In. In addition to the safe deposit boxes, loose cash was also found on the floor of the vault that was in no way identifiable with any specific box. The amount of unidentifiable US currency which was found in the vault totaled FIVE HUNDRED AND EIGHTY-EIGHT THOUSAND, THREE HUNDRED AND SEVENTY DOLLARS ($588,370.00) (the "Currency"). There was no clear or conclusive indication as to which safe deposit box or boxes any of the Currency belonged.

145. Since the time Maspeth recovered the Currency from the vault after the Break-In, the Currency has been kept in a confidential and secure location within Maspeth and has been segregated from all other currency held at Maspeth.

146. Contemporaneously with filing this complaint, Plaintiff makes an ex-parte application seeking an order setting forth the method by which Plaintiff should deposit the Currency with this Court or otherwise secure the Currency until the Court can determine how to distribute the Currency.

147. Plaintiff seeks to return the recovered Currency to its rightful owner(s) but it cannot determine which of these Defendants are entitled to the currency and/or the amount, if any, to which each Defendant is entitled.

148. Each of the named Defendants has notified Plaintiff in some manner that such defendant had kept United States currency in their respective safe deposit box which was subsequently stolen during the Break–In. To date, the claims made by these Defendants as to the amount of currency contained in their safe deposit boxes totals over three-and-one-half million ($3,500,000.00) dollars.

149. Plaintiff is not aware of any reliable records as to how much currency was stored in any of the individual safe deposit boxes. Plaintiff is not aware that any specific currency was marked or otherwise identifiable as belonging to a specific customer.

150. The safe deposit box rental agreements between Plaintiff and Defendant do not contain provisions which would give any one Defendant priority over another Defendant with respect to distribution of the recovered Currency.

151. In filing this action, Plaintiff does not seek to extinguish Defendants' claims for currency stored within the safe deposit boxes, in total, but rather, seeks to have the Defendants prove ownership of the specific bills of the Currency which was recovered, or in the alternative, asks this Court to resolve how to distribute the recovered Currency should no Defendant or Defendants be able to prove specific ownership, through bill markings or serial numbers or similar methods of identification.

152. Given the Defendants competing claims for the Currency recovered from the Break-In, Plaintiff cannot determine which, if any, of the Defendants are entitled to all or any part of the recovered Currency or to how to distribute the recovered Currency. Accordingly, Plaintiff files this Interpleader in good faith.

**Relief**

WHEREFORE, Plaintiff respectfully demands that the Court adjudge that:

a) That the defendants and each of them be required to interplead and litigate

among themselves their claims to the recovered Currency described in the complaint;

b) That the Court determine and enter an order setting forth the proper distributees of the recovered Currency;

c) That the plaintiff be dismissed from the action with prejudice after depositing the recovered Currency into the Court or as otherwise instructed by the Court;

d) That each defendant be restrained from instituting or continuing any action against plaintiff for the recovery of any of the Currency that is the subject matter of this case;

e) That plaintiff be awarded its costs in bringing this action to be determined by the court and be paid out of the Currency; and

f) For such other and further relief as this Court deems just and equitable under the circumstance of this case.

/s/ Mark L. Cortegiano
Mark L. Cortegiano, Esq.
65-12 69th Place
Middle Village, NY 11379
(718) 894-9500
Attorney for Plaintiff

## **Certification**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation and discovery; and (4) this complaint otherwise complies with the requirements of Rule 11.

Dated: Middle Village, NY
February 7, 2017

/s/ Mark L. Cortegiano
Mark L. Cortegiano, Esq.
65-12 69th Place
Middle Village, NY 11379
(718) 894-9500
Attorney for Plaintiff