UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION,

Plaintiff,

-against-

ISRAEL RUBINSTEIN, OFER RUBINSTEIN, DORIS SULZER, ANDREW J. MARCHESE, CARMEN MARCHESE, EMA AVEZOVA, ROMAN ABRAMOV, ANN FORGIONE, RICHARD FORGIONE, HANNA GOSKI, GEORGE J. GRASSO, MARGIE A. GRASSO, JOSEPH A. FERRARA, JO-ANN FERRARA, NELLY ILYASOV, RUTH M. CUADROS, SANDRA L. WEBER ANTHONY L. ZIELENSKI, KATHLEEN J. ZIELENSKI, MOLLIE COLASURDO, ALEXANDRA BINYAMIN, NERIK FATTAHOV, MALGORZATA JEMIELITY, ROMAN JEMIELITY, ERIKA ROSSI, MARK NEMETH, MARY ANN MOREA, MICHAEL D. MOREA, YAKOV KAYUMOV, NELYA BABAISAKOVA, HARRY MILES RUUD, MARY ANN AHEARNE, IRENE DENIS, KATARZYNA ROGAN, SVETLANA MULLOKANDOVA, YULIYA MASTUROV, KONSTANTIN YEVINSON, PATRICIA SWINEY, DORIS SWINEY, PETER FAKHLAYEV, CATHERINE DONOVAN, COLLEEN DONOVAN, IRVING GORDON, PAMELA CHADROFF, LUCILLE OFF, ASHIROVE STANISLAV, CHARLES BONO, PATRICIA BONO, JOYCE B. MCDONOUGH, BRIAN MCDONOUGH, JAVIER J. ZAPATA, MICHAEL YUSPOV, ALEKSANDER PINKHASOV, JADWIGA WYSZETYCKA, MAREK KIYASHKA, YASAYEV YURIY, IGOR BORUKHOV, RACHMIN ABDURACHMANN, ALLA ABDURACHMANNA, VINCENT A. NIZZA, DEBRA A. NIZZA, ANNE BADALAMENTI, ANNEMARIE BADALAMENTI, PLAZA TORAH CENTER CONGREGATION & YESHIVA BAIS YECHESKEL, YVONNE ANGELASTRO, GERARD ANGELASTRO, CHARLENE WEISS, JAE JUL HONG, MYUNG HEE HONG, TOM ARDELJAN, URSULA ROSENHAMMER, RICHARD ROSENHAMMER, HAR-KAY REALTY

Case Number: 17-cv-00723

**NOTICE OF VOLUNTARY DISMISSAL AS TO RACHEL WIEDERKEHR AND SHARON SHTERN, ONLY**

CORP., ROMAN KATANOV, MEYER YUSUPOV,
ZINAIDA YUSUPOV, KAREKIN KOPARANIAN,
HILDA KOPARANIAN, FRANCES DIPOMPO, PIKA
MULTANI, MILAGROS AMENDOLARE, JOSEPH
AMENDOLARE, DOMINICK NAPOLITANO, CELINA
NAPOLITANO, WEI ZHAO, STANLEY J. DIGLIO,
DIANNE CALABRESE, PAANAV J. VAKIL,
BHAVI VAKIL, SUSAN ACQYASONTA, CARLO
ACQUASONTA, PATRICK SIELIGOWSKI, JOSEPHINE
SIELIGOWSKI, BARBARA JERABEK, JAMES M.
JERABEK, MARY WALDRON, JOHN WALDRON,
JAMES MAKIN, DEBORAH A. MAKIN, RACHEL
WIEDERKEHR, SHARON SHTERN, LYDIA KRAMER,
KENNETH KRAMER, JOSE L. SOTO, BIANCA MIHAI,
TERESA PSZENICZNY, PETER COMER, HERMAN R.
BERKOWITZ, MARY HELEN PETRERE, MARY
ELIZABETH MURPHY, FREDERICK A. SUZEL, JR.,
FRANCES PASSANTINO, MATTHEW GANIARIS,
JAMES LOMBARDO, JOHN ELENTERIO, HOK MING
LEE, CHUI PING LEE, MARY T. DRISCOLL, AUDRA
DRISCOLL, ALEXANDER COHEN, JOHN M.
JORGENSEN, EDWARD HOVNANIAN, GRETA
HOVNANIAN, KAMAL M. DARWISH, ANGELO
SOLLECITO, SELENA ZHANG, MADELYN PFISTER,
JULIA HELLEN DIB, CARMEN GALINDO-MOLINA,
RUBEN MOLINA, LUCIANA LEVI,
LYUBOV YAMPOLSKY and ILYA KESSELMAN,

Defendants.

-----------------------------------------------------------------X

**TO THE ABOVE NAMED DEFENDANTS:**

**PLEASE TAKE NOTICE** that Plaintiff, MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION, hereby voluntarily discontinues the above-captioned case as against RACHEL WIEDERKEHR and SHARON SHTERN, only, pursuant to Rule 41(a)(1)(A(i) of the Federal Rules of Civil Procedure, without costs to any party.

Dated: Middle Village, New York
February 13, 2017

NOTICE OF VOLUNTARY DISCONTINUANCE AS TO RACHEL WIEDERKEHR and SHARON SHTERN CONTINUED

/s/ Mark L. Cortegiano
Mark L. Cortegiano, Esq.
65-12 69th Place
Middle Village, NY 11379
(718) 894-9500
Attorney for Plaintiff