UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
MASPETH FEDERAL SAVINGS AND
LOAN ASSOCIATION,

               Plaintiff,

    -against-

ISRAEL RUBINSTEIN ET AL.,

               Defendants.
------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
17-CV-723 (CBA) (PK)

**AMON, United States District Judge:**

    Defendants in this interpleader action are 123 individuals or entities that rented safe deposit boxes at Plaintiff Maspeth Federal Savings and Loan Association's ("Maspeth") branch in Rego Park, Queens. Defendants lost the contents of their safe deposit boxes during a May 2016 bank robbery. After the burglary, Maspeth was able to recover $588,325 in cash, now deposited with the Registry of the Court. (D.E. # 331.) Maspeth brought this interpleader action requesting that this Court determine how to distribute the funds among the Defendants. The Defendants have agreed to distribute the $588,325 on a <u>pro rata</u> basis. (D.E. # 351.) On December 18, 2017, the Court directed each Defendant to submit an affidavit on the public docket via ECF indicating the amount he or she claims to have stored in his or her safe deposit box at the time of the theft. (D.E. # 360.) Several groups of Defendants subsequently filed motions to seal or redact these affidavits. (D.E. # 367, 373, 391, 392, 393.) The Court referred review of these motions to the Honorable Peggy Kuo, U.S. Magistrate Judge. Magistrate Judge Kuo submitted a Report and Recommendation ("R&R") recommending that the Court deny the motions to seal or redact the affidavits. (D.E. # 406.)

1

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. The Court therefore denies each of the motions to seal or redact. The Court directs each Defendant to file an affidavit on the docket via ECF by June 30, 2018 indicating the amount he or she claims to have stored in his or her safe deposit box at the time of the theft.

SO ORDERED.

Dated: June 5, 2018
Brooklyn, New York

s/Carol Bagley Amon
Carol Bagley Amon
United States District Judge