ZINAIDA YUSUPOV, KAREKIN KOPARANIAN, HILDA KOPARANIAN, FRANCES DIPOMPO, PIKA MULTANI, DOMINICK NAPOLITANO, CELINA NAPOLITANO, WEI ZHAO, STANLEY J. DIGLIO, DIANNE CALABRESE, PAANAV J. VAKIL, BHAVI VAKIL, SUSAN ACQYASONTA, CARLO ACQUASONTA, BARBARA JERABEK, JAMES M. JERABEK, MARY WALDRON, JOHN WALDRON, JAMES MAKIN, DEBORAH A. MAKIN, JOSE L. SOTO, BIANCA MIHAI, TERESA PSZENICZNY, HERMAN R. BERKOWITZ, MARY HELEN PETRERE, MARY ELIZABETH MURPHY, FREDERICK A. SUZEL, JR., MATTHEW GANIARIS, JOYCE MCDONOUGH, HOK MING LEE, CHUI PING LEE, MARY T. DRISCOLL, AUDRA DRISCOLL, ALEXANDER COHEN, JOHN M. JORGENSEN, EDWARD HOVNANIAN, GRETA HOVNANIAN, KAMAL M. DARWISH, ANGELO SOLLECITO, SELENA ZHANG, MADELYN PFISTER, JULIA HELLEN DIB, CARMEN GALINDO-MOLINA, RUBEN MOLINA, LUCIANA LEVI, LYUBOV YAMPOLSKY and ILYA KESSELMAN, CATHYANN TULLY, ALBERT YAKUBOV, KARPIS DEMIRCHYAN, TAGUI DEMIRCHYAN, ROMAN BABADZHANOV, IRINA DZHURAYEV, MOSSAD AZIZ, JOANNE R. MUGNO, MICHAEL MUGNO, EDWARD JACKOWSKI and MARY JACKOWSKI,

Defendants.

-------------------------------------------------------------X

TOM ARDELJAN hereby declares the truth of the following under penalty of perjury:

1. I am a Defendant in this action and as such, am fully familiar with the facts and circumstances herein.

2. In May of 2016, there was a burglary at Plaintiff Maspeth Federal Savings and Loan Association ("Maspeth Bank") located in Rego Park, New York. At the time, I leased a safe deposit box from Maspeth Bank (Box No. 1098) where I stored many items for safekeeping, including cash.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION,

Plaintiff,

v.

ISRAEL RUBINSTEIN, OFER RUBINSTEIN, ANDREW J. MARCHESE, CARMEN MARCHESE, ANN FORGIONE, RICHARD FORGIONE, HANNA GOSKI, GEORGE J. GRASSO, MARGIE A. GRASSO, JOSEPH A. FERRARA, JO-ANN FERRARA, NELLY ILYASOV, RUTH M. CUADROS, SANDRA L. WEBER, ANTHONY L. ZIELENSKI, KATHLEEN J. ZIELENSKI, MOLLIE COLASURDO, ALEXANDRA BINYAMIN, NERIK FATTAHOV, MALGORZATA JEMIELITY, ROMAN JEMIELITY, ERIKA ROSSI, MARK NEMETH, MARY ANN MOREA, MICHAEL D. MOREA, YAKOV KAYUMOV, NELYA BABAISAKOVA, HARRY MILES RUUD, MARY ANN AHEARNE, IRENE DENIS, KATARZYNA ROGAN, SVETLANA MULLOKANDOVA, YULIYA MASTUROV, KONSTANTIN YEVINZON, PATRICIA SWINEY, DORIS SWINEY, PETER FAKHLAYEV, CATHERINE DONOVAN, COLLEEN DONOVAN, IRVING GORDON, PAMELA CHADROFF, LUCILLE OFF, ASHIROVE STANISLAV, CHARLES BONO, PATRICIA BONO, JAVIER J. ZAPATA, MICHAEL YUSPOV, ALEKSANDER PINKHASOV, JADWIGA WYSZETYCKA, MAREK KIYASHKA, YASAYEV YURIY, IGOR BORUKHOV, RACHMIN ABDURACHMANN, ALLA ABDURACHMANNA, VINCENT A. NIZZA, DEBRA A. NIZZA, ANNE BADALAMENTI, ANNEMARIE BADALAMENTI, PLAZA TORAH CENTER CONGREGATION & YESHIVA BAIS YECHESKEL, YVONNE ANGELASTRO, GERARD ANGELASTRO, CHARLENE WEISS, JAE JUL HONG, MYUNG HEE HONG, TOM ARDELJAN, URSULA ROSENHAMMER, RICHARD ROSENHAMMER, HAR-KAY REALTY CORP., ROMAN KATANOV, MEYER YUSUPOV,

**Case Number: 17-CV-00723**

**AFFIDAVIT OF TOM ARDELJAN**

3. At the time of the burglary, I had $170,000 stored in the box. I have not recovered any of the cash that I stored in the box.

4. I was informed recently that Maspeth Bank recovered cash from the floor of the safe deposit box area.

5. I submit this affidavit in support of my claim for cash that was recovered by the Plaintiff.

Dated: 6/13/18

TOM ARDELJAN

Notary:

ALESSANDRA MAIELLO
Notary Public, State of New York
No. 01MA6002447
Qualified in Queens County
Commission Expires Feb. 09, 20 22